-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

CARMEN I. BONILLA,

            Plaintiff,

     -v-                               06-CV-6542T

MONROE BOCES #1,               MEMORANDUM and ORDER

            Defendant.

---

      Plaintiff has requested permission to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a) and has met the statutory requirements. Accordingly, plaintiff's request to proceed as a poor person is hereby granted. In addition, plaintiff's complaint has been reviewed by the Court with respect to the 28 U.S.C. § 1915(e)(2) criteria.

      Preliminarily, plaintiff's complaint contains much personal information that should have been redacted or filed under seal given the public availability of case information on the internet. Accordingly, the Court will **seal** the complaint on it's own motion. The Clerk of the Court is directed to file plaintiff's papers, and to cause the United States Marshal to serve copies of the Summons, Complaint, and this Order upon the named defendant without plaintiff's payment therefor, unpaid fees to be recoverable if this action terminates by monetary award in plaintiff's favor.

      SO ORDERED.

DATED:     Buffalo, New York
                November 1, 2006

                                                     JOHN T. ELFVIN
                                           UNITED STATES DISTRICT JUDGE